A TRUE COPY I CERTIFY
James G. Woodward, Clerk

By:   Deborah J. O'Leary
           Deputy Clerk
United States District Court
  Eastern District of Missouri

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NUVARING PRODUCTS LIABILITY LITIGATION

MDL No. 1964

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −211)

On August 22, 2008, the Panel transferred 8 civil action(s) to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 572 F.Supp.2d 1382 (J.P.M.L. 2008). Since that time, 1,528 additional action(s) have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Rodney W Sippel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Sippel.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Missouri for the reasons stated in the order of August 22, 2008, and, with the consent of that court, assigned to the Honorable Rodney W Sippel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Nov 21, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: NUVARING PRODUCTS LIABILITY
LITIGATION                                                              MDL No. 1964

### SCHEDULE CTO−211 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**CALIFORNIA NORTHERN**

| | | | |
|------|------|---------|--------------|
| ~~CAN~~ | ~~3~~ | ~~13−04986~~ | ~~Asche et al v. Organon USA Inc et al~~   Opposed 11/14/13 |
| ~~CAN~~ | ~~3~~ | ~~13−04988~~ | ~~Garza et al v. Organon USA, Inc. et al~~   Opposed 11/13/13 |
| CAN | 4 | 13−05141 | Brown v. Organon USA, Inc. et al |

**GEORGIA MIDDLE**

| GAM | 3 | 13−00098 | BROOKS v. ORGANON USA INC et al |
|-----|---|----------|--------------------------------|

**GEORGIA NORTHERN**

| GAN | 1 | 13−03307 | Mayo v. Organon USA, Inc. et al |
|-----|---|----------|---------------------------------|

**MARYLAND**

| MD | 1 | 13−02411 | Sanders v. Organon USA, Inc. et al |
|----|---|----------|-----------------------------------|

**MINNESOTA**

| MN | 0 | 13−02518 | Wilson v. Merck &Co., Inc. et al |
|----|---|----------|---------------------------------|
| MN | 0 | 13−02519 | Villalobos v. Merck &Co., Inc. et al |
| MN | 0 | 13−02521 | Tassell v. Merck &Co., Inc. et al |
| MN | 0 | 13−02538 | Klotz v. Merck &Co., Inc. et al |
| MN | 0 | 13−02539 | Green v. Merck &Co., Inc. et al |
| MN | 0 | 13−02541 | Elliot v. Merck &Co., Inc. et al |
| MN | 0 | 13−02631 | Gray v. Merck &Co., Inc. et al |
| MN | 0 | 13−02645 | Ray v. Merck &Co., Inc. et al |
| MN | 0 | 13−02659 | Richardson v. Organon USA, Inc. et al |
| MN | 0 | 13−02669 | Martinez v. Merck &Co., Inc. et al |
| MN | 0 | 13−02671 | Sawyers v. Merck &Co., Inc. et al |
| MN | 0 | 13−02961 | Kattinge v. Merck &Co., Inc. et al |
| MN | 0 | 13−03036 | Taylor v. Organon USA, Inc. et al |
| MN | 0 | 13−03038 | Gale v. Organon USA, Inc. et al |
| MN | 0 | 13−03040 | Gurdo v. Organon USA, Inc. et al |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 2 | 13−03906 | STURGEON v. ORGANON USA, INC et al |
| NJ | 2 | 13−04176 | WILLIAMS v. ORGANON USA, INC. et al |
| NJ | 2 | 13−04181 | WILHELMI v. ORGANON USA, INC. et al |
| NJ | 2 | 13−05347 | BRANCH v. ORGANON USA, INC. et al |
| NJ | 2 | 13−05685 | LEWIS v. ORGANON USA, INC. et al |
| NJ | 2 | 13−06001 | BUCHANAN v. ORGANON USA, INC. et al |

NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 1 | 13−03932 | Banks v. Organon USA, Inc. et al |
| NYE | 1 | 13−05527 | Saravia v. Organon USA, Inc., et al |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 3 | 13−01969 | Chandler v. Organon USA Inc et al |
| TXN | 3 | 13−03643 | Cherie Noel−Roberts v. Organon USA Inc et al |
| TXN | 3 | 13−04203 | Ellis v. Organon USA Inc et al |
| TXN | 3 | 13−04206 | Hodges v. Organon USA Inc et al |
| TXN | 3 | 13−04207 | Kirby v. Organon USA Inc et al |
| TXN | 3 | 13−04208 | McDaniel v. Organon USA Inc et al |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 13−02806 | Hall et al v. Organon USA, Inc. et al |

VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 2 | 13−00560 | Cooper v. Organon USA, Inc. et al |